IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:14cr00147 |
| vs. | : | District Judge Walter Herbert Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| JAMAL Y. MILLER-JOHNSON, JR., | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on November 6, 2014 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #12). Having conducted a full colloquy with Defendant Jamal Y. Miller-Johnson, Jr., the Magistrate Judge concluded that his pleas of guilty are knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the Chief United State Magistrate Judge. Final acceptance of

Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

_____
Walter Herbert Rice
United States District Judge